UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN SOMARAKIS,

    Plaintiff(s),

v.

US BANK NATIONAL ASSOCIATION ET AL.,

    Defendant(s).

CASE NO. 3:19−cv−05036−RBL

MINUTE ORDER REASSIGNING CASE

Pursuant to the Amended General Order 01−15 and a request for reassignment to a district judge having been received, this action is hereby reassigned to Honorable Ronald B. Leighton , United States District Judge. All future documents filed in this case must bear the cause number 3:19−cv−05036−RBL and bear the Judge's name in the upper right hand corner of the document.

DATED February 13, 2019

William M. McCool
Clerk of Court

By: /s/ Traci Whiteley
    Deputy Clerk