## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## OFFICE OF THE CLERK
## AT TACOMA

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

March 20, 2019

Clark County Superior Court
Clerk's Office
1200 Franklin St
Vancouver, WA 98660

RE: *Somarakis v. US Bank National Association et al*
Case #3:19–cv–05036–RBL

Dear Clerk:

Please find enclosed the certified copy of Judge Ronald B. Leighton's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*:18–2–06521–06

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____


Thank you in advance for your cooperation and assistance.

Sincerely,

s/Emerald Rose Ackley,
*Deputy Clerk*


Enclosures